United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 1, 2007**

Charles R. Fulbruge III
Clerk

*In The United States Court Of Appeals*
*For The Fifth Circuit*

No. 05-11401

BLANCA ROSALES,

Plaintiff - Appellant,

v.

WESTERN UNION FINANCIAL SERVICES, INC.; THE
FIRST DATA CORPORATION LONG TERM DISABILITY PLAN

Defendants - Appellees.

Appeal from the United States District Court
For the Northern District of Texas
No. 3:03-CV-2621

Before GARZA, DeMOSS, and OWEN, Circuit Judges.

PER CURIAM:[*]

After studying the briefs, reviewing the record, and hearing oral argument, we are satisfied that the district court's judgment should be affirmed. We conclude that the district court committed no error in granting summary judgment for Western Union Financial Services, Inc. and First Data Corporation Long Term Disability Plan on all of Blanca Rosales's claims. We therefore AFFIRM the district court's judgment.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.